```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/27/2020_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

MILIONE, D.C.,

                             Plaintiff,

    -against-                                    20-CV-1078 (KMW)

AETNA LIFE INSURANCE CO.,                 **ORDER OF DISMISSAL**

                            Defendant.
--------------------------------------------------------X

KIMBA M. WOOD, United States District Judge:

The parties have advised the Court that they have reached a settlement in principle. (ECF No. 25.) The above-captioned action is hereby dismissed and discontinued without costs. The dismissal is without prejudice to the right to reopen the action within thirty (30) days if the settlement is not consummated. Any pending motions are moot.

      SO ORDERED.

Dated:  New York, New York
          November 27, 2020                               */s/ Kimba M. Wood*
                                                        KIMBA M. WOOD
                                               United States District Judge